UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| REJI SAMUEL, et al | * | Case No: 1:13-cv-0323 |
| Plaintiffs | * | |
| | * | |
| vs. | * | |
| | * | |
| | * | |
| SIGNAL INTERNATIONAL, LLC, et al, | * | |
| Defendants | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

Considering the foregoing Motion to Dismiss, pursuant to Rule 12 (b)(2) of the Federal Rules of Civil Procedure filed by Malvern C. Burnett, The Law Offices of Malvern C. Burnett, A.P.C. , and the Gulf Coast Immigration Law Center, LLC, the memorandum of the parties, IT IS HEREBY ORDERED that the Plaintiffs Complaint be and is hereby dismissed for lack of personal jurisdiction over these Defendants.