# EXHIBIT B



Dewan
Consultants
Pvt. Ltd

N vember 30, 2006

T
A HA MOHD.
V AK

D ar ATHA MOHD.,

S b: **Migration for United States of America Signal International.**

W th reference to your application and subsequent test passed with the clients M/s.
S nal International, Pascagoula Mississippi, USA. We are pleased to inform you that
y u have been selected. The company shall proceed with your **Green Card for
U ited States of America.** You are requested to arrange you payment at the
e rliest and raport to us.

**T RMS & CONDITIONS:**

| | | |
|---|---|---|
| G een Card processing fee | : | 4595/- US $ Draft in the name of Mr. Malvern C Burnett, 4595/- US $ Draft in the name of Mr. Michael L Pol. |
| S lary | : | 14 To 18 US $ /Hour 40 Hours/Week |
| C ntract | : | 9 months to 2 years (depending on visa) |
| F od & Accommodation | : | On salary reduction basis. |

K ndly revert back to the undersigned or Mr.Sachin Dewan on
0 2-66941617/18/19 in Mumbai for any further clarification.

T anking you,
Y urs truly,
F r.Dewan Consultants Pvt. Ltd.

bhish Dewan
irector

S: **Produce this letter to the Bank to make Dollar Drafts.**

708, Sagar Tech Pl za, Sakinaka Junction, Andheri (E) Mumbai - 72   Tel.: +91 22-6694 1617, Fax: +91 22 2851 2312
www.dewanconsul nts.com / info@dewanconsultants.com   ( Reg. No. 000278/BOM/COM/1000+/ /621/84 )
P.O. Box. 500045,  dg No. 4, Off. No. 105, Media City, Dubai, U.A.E.   Tel.: +971 4 391 2933, Fax: +971 4 390 9553
An ISO9001 Company
Specializing in International Recruitment and HR Consultants