| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

REJI SAMUEL, et al., §
§
       Plaintiff, §
§
v. §    CIVIL ACTION NO. 1:13-CV-323
§
SIGNAL INTERNATIONAL L.L.C., §
et al. §
§
       Defendants. §

**ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION**

Pending before the court is a "Motion Pursuant to Federal Rule 72 and LR 72(b) for Review of Magistrate's Decision" filed by Signal International L.L.C., Signal International Texas, G.P., Signal International Texas, L.P., and Signal International, Inc. ("the Signal Defendants"). (Doc. No. 57.) In this motion, the Signal Defendants ask the court to reconsider the magistrate judge's "Order" (Doc. No. 56) denying their "Motion Pursuant to the First-Filed Rule to Transfer Action" (Doc. No. 12). (Id.)

A motion to transfer venue is a non-dispositive motion. ColorQuick, L.L.C. v. Vistaprint Ltd., 6:09-cv-323, 2010 WL 5136050, at *3 (E.D. Tex. July 22, 2010) (Davis, D.J.) (citing Gen. Order 10–1 (amending L.R. CV–7(a)(2) to explicitly identify motions to transfer venue as non-dispositive motions); Gen. Order 10–2 (declaring "[t]he public notice and comment period for General Order 10–1 has expired, and the rules contained therein remain in effect as of the date of that order")); see also Gen. Order 11-3 (March 15, 2011) ("Non-dispositive motions include, among others, motions to transfer venue . . . ."). The district judge must consider timely objections to a magistrate judge's order responding to a non-dispositive motion, and modify or set aside any part of the order that is clearly erroneous or is contrary to law. FED. R.

CIV. P. 72. After considering the arguments of the parties and the applicable law, the court finds that the magistrate judge's order is neither clearly erroneous nor contrary to law. Accordingly, the Signal Defendants' "Motion Pursuant to Federal Rule 72 and LR 72(b) for Review of Magistrate's Decision" (Doc. No. 57) is **DENIED**.

SIGNED at Beaumont, Texas, this 12th day of February, 2014.

*[signature: Marcia A. Crone]*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE