**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **REJI SAMUEL, et al.** | § | |
| | § | |
| **v.** | § | **1:13-CV-323** |
| | § | |
| **SIGNAL INTERNATIONAL L.L.C., et al.** | § | |

**ORDER DESIGNATING PLAINTIFFS FOR FIRST TRIAL SETTING**

This case is assigned to the Honorable Marcia Crone, United States District Judge, and is referred to the undersigned United States Magistrate Judge for pretrial proceedings pursuant to a referral order entered on May 22, 2013. (Doc. No. 5.) The parties have agreed the following Plaintiffs are designated to proceed to trial for the court's first trial setting: Aby Karickathara Raju, Lohithakshan Madampet, Biju Perumpilly George, Raju Divakaran and Nayappulli Jayachandran.

Furthermore, pursuant to the parties' agreement during the status conference held on June 26, 2014, depositions of the remaining Plaintiffs will be stayed pending the outcome of the trial or until the undersigned directs otherwise. This limited stay of discovery is to reduce costs and focus the parties' efforts in trial preparation for the above designated Plaintiffs. This limited stay shall also not serve as a reason to unnecessarily prolong the parties' readiness for future trial settings, if necessary.

SIGNED this 7th day of July, 2014.

_____
Zack Hawthorn
United States Magistrate Judge