## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | |
|---|---|
| REJI SAMUEL, ATHA MOHAMMAD ABDUL, KESAVARAO BUNDANKAYALA, RAJU DIVAKARAN, BIJU PERUMPILLY GEORGE, KRISHNA GONTHINA, NAYAPPULLI JAYACHANDRAN, GALLA VENKATA RAMA KRISHNA, SAMUEL JOSE KUMRUMTHODATHIL, LOHITHAKSHAN MADAMPET, JOHNY MANDY MATHAI, BELTHAZAR PETER, MOHANAN BALAKRISHNA PILLAI, SANTHOSH KUMAR RAJENDRAN PILLAI, ABY KARICKATHARA RAJU, SUMESH PORAMBATHUPARAMBIL SUBRAMANIAN, and CHANDRAN SHAJU THANISSERY,<br><br>    Plaintiffs,<br><br>v.<br><br>SIGNAL INTERNATIONAL L.L.C., SIGNAL INTERNATIONAL, INC., SIGNAL INTERNATIONAL TEXAS, G.P., SIGNAL INTERNATIONAL TEXAS, L.P., MALVERN C. BURNETT, GULF COAST IMMIGRATION LAW CENTER, L.L.C., LAW OFFICES OF MALVERN C. BURNETT, A.P.C., GLOBAL RESOURCES, INC., MICHAEL POL, SACHIN DEWAN, and DEWAN CONSULTANTS PVT. LTD. (a/k/a MEDTECH CONSULTANTS),<br><br>    Defendants. | CIV. NO. 1:13-cv-00323 |

## STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS OF LOHITHAKSHAN MADAMPET WITH PREJUDICE

Plaintiffs and Defendants, by and through undersigned counsel, hereby stipulate and agree that the individual claims asserted by Plaintiff Lohithakshan Madampet against Defendants in the above captioned action, specifically his claims under the Trafficking Victims Protection Reauthorization Act of 2003, the Racketeer Influenced and Corrupt Organizations Act, the Civil

Rights Act of 1866, the Ku Klux Klan Act of 1871, and his claims of fraud and negligence misrepresentation and breach of contract, are dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1) with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Respectfully submitted this 6th day of October, 2014.

By: ___s/ William H. Boice___
William H. Boice
Georgia Bar No. 065725
Brian G. Corgan (*Pro Hac Vice*)
Georgia Bar No. 187700
Susan Pangborn (*Pro Hac Vice*)
Georgia Bar No. 735027
California Bar No. 282533
Heather L. Heindel (*Pro Hac Vice*)
Georgia Bar No. 285204
Shane G. Ramsey (*Pro Hac Vice*)
Georgia Bar No. 940547
Taylor H. Ludlam (*Pro Hac Vice*)
North Carolina Bar No. 42377
Kristopher L. Reed (*Pro Hac Vice*)
Colorado Bar No. 36991
Akarsh P. Belagodu (*Pro Hac Vice*)
Georgia Bar No. 496714
Reginald A. Williamson (*Pro Hac Vice*)
Georgia Bar No. 462110

KILPATRICK TOWNSEND &
    STOCKTON, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4528
Telephone:  (404) 815-6500
Facsimile:  (404)-815-6555
bboice@kilpatricktownsend.com
bcorgan@kilpatricktownsend.com
spangborn@kilpatrickstockton.com
hheindel@kilpatricktownsend.com
sramsey@kilpatricktownsend.com
tludlam@kilpatricktownsend.com
kreed@kilpatricktownsend.com
abelagodu@kilpatricktownsend.com
rwilliamson@kilpatricktownsend.com

By: ___s/ Erin Casey Hangartner___
Erin Casey Hangartner*(Pro Hac Vice)*,
Louisiana Bar No. 24768
Alan Dean Weinberger *(Pro Hac Vice)*
Louisiana Bar No. 13331
Hal D. Ungar *(Pro Hac Vice)*
Louisiana Bar No. 31344
Elham R. Rabbani *(Pro Hac Vice)*
Louisiana Bar No. 33322
Brian C. Roux, (Pro Hac Vice)
Louisiana Bar No. 35298
Lance R. Rydberg (Pro Hac Vice)
Louisiana Bar No. 02089

HANGARTNER, RYDBERG, & TERRELL LLC
One Shell Square, 701 Poydras Street, Suite 310
New Orleans, LA 70139
Telephone (504) 522-5690
Facsimile: (504) 522-5689
ehangartner@hanrylaw.com
aweinberger@hanrylaw.com
hungar@hanrylaw.com
erabbani@hanrylaw.com
broux@hanrylaw.com
lrydberg@hanrylaw.com

And

Patricia A. Bollman *(Pro Hac Vice)*
Louisiana Bar 17563
A Professional Law Corporation
Post Office Box 13707
New Orleans, LA 70185
Telephone: (504) 218-5887
Facsimile: (504) 304-0890
patricia@bollmanfirm.com

Attorneys for Defendants

2

Attorneys for Plaintiffs

Signal International LLC,
Signal International, Inc.,
Signal International Texas, G.P., and
Signal International Texas, L.P.

By:     s/ Timothy W. Cerniglia
Timothy W. Cerniglia
Texas Bar No. 00789930
1521 St. Charles Avenue
New Orleans, LA  70130
Telephone:  (504) 586-0555
Facsimile:  (504) 586-0550
tcerniglia@cerniglialaw.pro

Attorney for Defendants
Malvern C. Burnett
The Law Offices of Malvern C. Burnett, A.P.C., and
Gulf Coast Immigration Law Center, LLC

By:     s/ Stephen H. Shapiro
Stephen H. Shapiro (*Pro Hac Vice*)
Louisiana Bar No. 21076
A Limited Liability Company
700 Camp Street
New Orleans, LA  70130
Telephone:  (504) 309-8442
steve@shapirolaw-nola.com

Attorneys for Defendants
Sachin Dewan and
Dewan Consultants Pvt. Ltd.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 6, 2014 a true and correct copy of the foregoing document **STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS OF LOHITHAKSHAN MADAMPET WITH PREJUDICE** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filings to all attorneys of record.

I FURTHER CERTIFY that U.S. Mail sent to the address of record for Global Resources, Inc. has been returned undeliverable, therefore I am unable to serve a copy of these pleadings on Global Resources, Inc.  The last known address of Global Resources, Inc. is:

> Global Resources, Inc.
> c/o Michael Pol
> 13 Herring Road
> Beaumont, MS 39423-2055

|  |  |
|---|---|
|  | By:  s/ William H. Boice |
| KILPATRICK TOWNSEND & STOCKTON, LLP | William H. Boice |
| 1100 Peachtree Street, Suite 2800 | Georgia Bar No. 065725 |
| Atlanta, GA 30309-4528 |  |
| Telephone:  (404) 815-6500 |  |
| Facsimile:  (404)-815-6555 |  |
| hheindel@kilpatricktownsend.com | Attorney for Plaintiffs |