**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| REJI SAMUEL, ATHA MOHAMMAD ABDUL, KESAVARAO BUNDANKAYALA, RAJU DIVAKARAN, BIJU PERUMPILLY GEORGE, KRISHNA GONTHINA, NAYAPPULLI JAYACHANDRAN, GALLA VENKATA RAMA KRISHNA, SAMUEL JOSE KUMRUMTHODATHIL, LOHITHAKSHAN MADAMPET, JOHNY MANDY MATHAI, BELTHAZAR PETER, MOHANAN BALAKRISHNA PILLAI, SANTHOSH KUMAR RAJENDRAN PILLAI, ABY KARICKATHARA RAJU, SUMESH PORAMBATHUPARAMBIL SUBRAMANIAN, and CHANDRAN SHAJU THANISSERY,<br><br>                          Plaintiffs,<br>v.<br><br>SIGNAL INTERNATIONAL L.L.C., SIGNAL INTERNATIONAL, INC., SIGNAL INTERNATIONAL TEXAS, G.P., SIGNAL INTERNATIONAL TEXAS, L.P., MALVERN C. BURNETT, GULF COAST IMMIGRATION LAW CENTER, L.L.C., LAW OFFICES OF MALVERN C. BURNETT, A.P.C., GLOBAL RESOURCES, INC., MICHAEL POL, SACHIN DEWAN, and DEWAN CONSULTANTS PVT. LTD. (a/k/a MEDTECH CONSULTANTS),<br><br>                          Defendants. | CIVIL ACTION NO.: 1:13-cv-00323-MAC-ZJH |

**[PROPOSED] ORDER ON SAMUEL PLAINTIFFS' MOTION TO
LIMIT THE TESTIMONY OF ENRIQUE GONZALEZ, III**

This case is assigned to the Honorable Marcia Crone, United States District Judge, and is referred to the undersigned United States Magistrate Judge for pretrial proceedings pursuant to a referral order entered on May 22, 2013. (Doc No. 5.) Before the undersigned is the "Motion to Limit the Testimony of Enrique Gonzalez, III" (Doc No. __) filed by Plaintiffs Reji Samuel, et al. (collectively "Plaintiffs").

Having considered the pending motion and the parties' briefings on the same, the Court hereby **GRANTS** Plaintiffs motion in full. The expert testimony of Enrique Gonzalez, III shall be limited along the lines identified in the Motion to Limit the Testimony of Enrique Gonzalez,

III, specifically that Opinion II and supporting passages shall be struck from his report and that Mr. Gonzalez shall be prohibited from testifying regarding "Opinion II" and other similar legal conclusions in his report.