| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

REJI SAMUEL, *et al.*, §
§
       Plaintiffs, §
§
v. §   CIVIL ACTION NO. 1:13-CV-323
§
SIGNAL INTERNATIONAL L.L.C., §
*et al.*, §
§
       Defendants. §

## ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION

Pending before the court is the "Motion for Reconsideration of Order of June 12, 2014, or Alternatively to Supplement Order so as to Allow for Interlocutory Appeal" (Doc. No. 104.) filed by Defendants Malvern C. Burnett, the Law Offices of Malvern C. Burnett, A.P.C. and Gulf Coast Immigration Law Center, L.L.C. The court, having considered the relevant documents (Doc. Nos. 86, 101, 104, and 112) denies the motion.

It is therefore **ORDERED** that the "Motion for Reconsideration of Order of June 12, 2014, or Alternatively to Supplement Order so as to Allow for Interlocutory Appeal" (Doc. No. 104) is **DENIED**. Burnett's alternative request for an interlocutory appeal to the United States Court of Appeals for the Fifth Circuit is also **DENIED.**

    SIGNED at Beaumont, Texas, this 20th day of October, 2014.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE