# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| REJI SAMUEL, ATHA MOHAMMAD ABDUL, KESAVARAO BUNDANKAYALA, RAJU DIVAKARAN, BIJU PERUMPILLY GEORGE, KRISHNA GONTHINA, NAYAPPULLI JAYACHANDRAN, GALLA VENKATA RAMA KRISHNA, SAMUEL JOSE KUMRUMTHODATHIL, LOHITHAKSHAN MADAMPET, JOHNY MANDY MATHAI, BELTHAZAR PETER, MOHANAN BALAKRISHNA PILLAI, SANTHOSH KUMAR RAJENDRAN PILLAI, ABY KARICKATHARA RAJU, SUMESH PORAMBATHUPARAMBIL SUBRAMANIAN, and CHANDRAN SHAJU THANISSERY, <br><br>                           Plaintiffs,<br><br>v.<br><br>SIGNAL INTERNATIONAL L.L.C., SIGNAL INTERNATIONAL, INC., SIGNAL INTERNATIONAL TEXAS, G.P., SIGNAL INTERNATIONAL TEXAS, L.P., MALVERN C. BURNETT, GULF COAST IMMIGRATION LAW CENTER, L.L.C., LAW OFFICES OF MALVERN C. BURNETT, A.P.C., GLOBAL RESOURCES, INC., MICHAEL POL, SACHIN DEWAN, and DEWAN CONSULTANTS PVT. LTD. (a/k/a MEDTECH CONSULTANTS),<br><br>                           Defendants. | CIVIL ACTION NO.:<br>1:13-cv-00323-MAC-ZJH |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY AND STRIKE THE EXPERT REPORT OF RONALD J. MCALEAR

| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON, LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309-4528<br>Telephone: (404) 815-6500<br>Facsimile: (404)-815-6555<br>bboice@kilpatricktownsend.com<br>bcorgan@kilpatricktownsend.com<br>spangborn@kilpatricktownsend.com<br>sramsey@kilpatricktownsend.com<br>hheindel@kilpatricktownsend.com | William H. Boice<br>Georgia Bar No. 065725<br>Brian G. Corgan (*Pro Hac Vice*)<br>Georgia Bar No. 187700<br>Susan W. Pangborn (*Pro Hac Vice*)<br>Georgia Bar No. 735027; CA Bar No. 282533<br>Shane G. Ramsey (*Pro Hac Vice*)<br>Georgia Bar No. 940547<br>Heather L. Heindel (*Pro Hac Vice*)<br>Georgia Bar No. 285204<br>*Remaining Counsel Listed on Signature Page* |

Attorneys for Plaintiffs

Plaintiffs respectfully file this notice submitting for consideration in connection with their Motion to Exclude Testimony and Strike the Expert Report of Ronald J. McAlear [ECF No. 156] (the "Motion"), which is currently pending before the Court, the attached recent decision from the related *David* case. *See* Order, *David v. Signal Int'l, LLC*, No. 2:08-cv-01220-SM-DEK (E.D. La. Jan. 5, 2015), ECF No. 2069 (the "*David* Order").

Plaintiffs submit the *David* Order for the Court's consideration because it is directly relevant to the Motion and correctly articulates the reasons, discussed in greater detail in the Motion, why Mr. McAlear's testimony should be excluded and Mr. McAlear's report should be stricken from the record.

DATED: January 8, 2015.                                    Respectfully Submitted,

KILPATRICK TOWNSEND &                                      By: /s/ Shane G. Ramsey
STOCKTON, LLP                                              William H. Boice
bboice@kilpatricktownsend.com                              Georgia Bar No. 065725
bcorgan@kilpatricktownsend.com                             Brian G. Corgan (*Pro Hac Vice*)
spangborn@kilpatricktownsend.com                           Georgia Bar No. 187700
sramsey@kilpatricktownsend.com                             Susan W. Pangborn (*Pro Hac Vice*)
hheindel@kilpatricktownsend.com                            Georgia Bar No. 735027; CA Bar No. 282533
tludlam@kilpatricktownsend.com                             Shane G. Ramsey (*Pro Hac Vice*)
kreed@kilpatricktownsend.com                               Georgia Bar No. 940547
abelagodu@kilpatricktownsend.com                           Heather L. Heindel (*Pro Hac Vice*)
rwilliamson@kilpatricktownsend.com                         Georgia Bar No. 285204
liza.akins@kilpatricktownsend.com                          Akarsh P. Belagodu (*Pro Hac Vice*)
                                                           Georgia Bar No. 496714
                                                           Reginald A. Williamson (*Pro Hac Vice*)
                                                           Georgia Bar No. 462110
                                                           Elizabeth Crabtree Akins (*Pro Hac Vice*)
                                                           Georgia Bar No. 796422
                                                           1100 Peachtree Street, Suite 2800
                                                           Atlanta, GA 30309-4528
                                                           Telephone: (404) 815-6500
                                                           Facsimile: (404)-815-6555

Taylor H. Ludlam (*Pro Hac Vice*)
North Carolina Bar No. 42377
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609

Kristopher L. Reed
Colorado Bar No. 36991
1400 Wewatta Street, Suite 600
Denver, CO  80202

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 8, 2015, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

I FURTHER CERTIFY that U.S. Mail sent to the address of record for Global Resources, Inc. has been returned undeliverable, therefore I am unable to serve a copy of these pleadings on Global Resources, Inc.  The last known address of Global Resources, Inc. is:

> Global Resources, Inc.
> c/o Michael Pol
> 13 Herring Road
> Beaumont, MS 39423-2055

|  |  |
|---|---|
| | By:  /s/ Shane G. Ramsey |
| KILPATRICK TOWNSEND & STOCKTON, LLP | Shane G. Ramsey (*Admitted Pro Hac Vice*) |
| 1100 Peachtree Street, Suite 2800 | Georgia Bar No. 940547 |
| Atlanta, GA 30309-4528 | |
| Telephone:  (404) 815-6500 | |
| Facsimile:  (404)-815-6555 | |
| sramsey1@kilpatricktownsend.com | Attorney for Plaintiffs |