**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| REJI SAMUEL, ATHA MOHAMMAD ABDUL, KESAVARAO BUNDANKAYALA, RAJU DIVAKARAN, BIJU PERUMPILLY GEORGE, KRISHNA GONTHINA, NAYAPPULLI JAYACHANDRAN, GALLA VENKATA RAMA KRISHNA, SAMUEL JOSE KUMRUMTHODATHIL, LOHITHAKSHAN MADAMPET, JOHNY MANDY MATHAI, BELTHAZAR PETER, MOHANAN BALAKRISHNA PILLAI, SANTHOSH KUMAR RAJENDRAN PILLAI, ABY KARICKATHARA RAJU, SUMESH PORAMBATHUPARAMBIL SUBRAMANIAN, and CHANDRAN SHAJU THANISSERY, <br><br>         Plaintiffs, <br>v. <br>SIGNAL INTERNATIONAL L.L.C., SIGNAL INTERNATIONAL, INC., SIGNAL INTERNATIONAL TEXAS, G.P., SIGNAL INTERNATIONAL TEXAS, L.P., MALVERN C. BURNETT, GULF COAST IMMIGRATION LAW CENTER, L.L.C., LAW OFFICES OF MALVERN C. BURNETT, A.P.C., GLOBAL RESOURCES, INC., MICHAEL POL, SACHIN DEWAN, and DEWAN CONSULTANTS PVT. LTD. (a/k/a MEDTECH CONSULTANTS), <br><br>         Defendants. | CIVIL ACTION NO.: <br>1:13-cv-00323-MAC-ZJH |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
IN OPPOSITION TO MOTION OF SIGNAL DEFENDANTS
FOR PARTIAL SUMMARY JUDGMENT**

KILPATRICK TOWNSEND &
 STOCKTON, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4528
Telephone:  (404) 815-6500
Facsimile:  (404)-815-6555
bboice@kilpatricktownsend.com
bcorgan@kilpatricktownsend.com
spangborn@kilpatricktownsend.com
sramsey@kilpatricktownsend.com
hheindel@kilpatricktownsend.com

William H. Boice
Georgia Bar No. 065725
Brian G. Corgan (*Pro Hac Vice*)
Georgia Bar No. 187700
Susan W. Pangborn (*Pro Hac Vice*)
Georgia Bar No. 735027; CA Bar No. 282533
Shane G. Ramsey (*Pro Hac Vice*)
Georgia Bar No. 940547
Heather L. Heindel (*Pro Hac Vice*)
Georgia Bar No. 285204
*Remaining Counsel Listed on Signature Page*

Attorneys for Plaintiffs

Plaintiffs respectfully file this notice submitting for consideration in connection with their Response in Opposition to Motion of Signal Defendants for Partial Summary Judgment [ECF No. 187] (the "Response") – which, together with the Signal Defendants'[1] related motion [ECF No. 165] (the "Motion"), is currently pending before the Court – the attached recent decisions from the related *David* case.  *See* Order, *David v. Signal Int'l, LLC*, No. 2:08-cv-01220-SM-DEK (E.D. La. Jan. 6, 2015), ECF No. 2077 (the "TVPRA Order") attached as Exhibit 1; Order, *David v. Signal Int'l, LLC*, No. 2:08-cv-01220-SM-DEK (E.D. La. Jan. 9, 2015), ECF No. 2115 attached as Exhibit 2 (the "RICO Order", and together with the TVPRA Order, the "Orders").

Plaintiffs submit the Orders for the Court's consideration because they are directly relevant to the Motion and the Response and correctly articulate the reasons, discussed in greater detail in the Response and Plaintiffs' related sur-reply [ECF No. 209], why Signal's Motion lacks basis in law and should be denied.

DATED:  January 20, 2015.

Respectfully Submitted,

| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON, LLP<br>bboice@kilpatricktownsend.com<br>bcorgan@kilpatricktownsend.com<br>spangborn@kilpatricktownsend.com<br>sramsey@kilpatricktownsend.com<br>hheindel@kilpatricktownsend.com<br>tludlam@kilpatricktownsend.com<br>kreed@kilpatricktownsend.com<br>abelagodu@kilpatricktownsend.com<br>rwilliamson@kilpatricktownsend.com<br>liza.akins@kilpatricktownsend.com | By: /s/ Shane G. Ramsey<br>William H. Boice<br>Georgia Bar No. 065725<br>Brian G. Corgan (*Pro Hac Vice*)<br>Georgia Bar No. 187700<br>Susan W. Pangborn (*Pro Hac Vice*)<br>Georgia Bar No. 735027; CA Bar No. 282533<br>Shane G. Ramsey (*Pro Hac Vice*)<br>Georgia Bar No. 940547<br>Heather L. Heindel (*Pro Hac Vice*)<br>Georgia Bar No. 285204<br>Akarsh P. Belagodu (*Pro Hac Vice*)<br>Georgia Bar No. 496714<br>Reginald A. Williamson (*Pro Hac Vice*) |

---

[1] As used herein, "Signal Defendants" refers collectively to Signal International, L.L.C., Signal International, Inc., Signal International Texas, G.P., and Signal International Texas, L.P.

        Georgia Bar No. 462110
        Elizabeth Crabtree Akins (*Pro Hac Vice*)
        Georgia Bar No. 796422
        1100 Peachtree Street, Suite 2800
        Atlanta, GA 30309-4528
        Telephone:  (404) 815-6500
        Facsimile:  (404)-815-6555

        Taylor H. Ludlam (*Pro Hac Vice*)
        North Carolina Bar No. 42377
        4208 Six Forks Road, Suite 1400
        Raleigh, NC 27609

        Kristopher L. Reed
        Colorado Bar No. 36991
        1400 Wewatta Street, Suite 600
        Denver, CO  80202

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 20, 2015, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

I FURTHER CERTIFY that U.S. Mail sent to the address of record for Global Resources, Inc. has been returned undeliverable, therefore I am unable to serve a copy of these pleadings on Global Resources, Inc.  The last known address of Global Resources, Inc. is:

> Global Resources, Inc.
> c/o Michael Pol
> 13 Herring Road
> Beaumont, MS 39423-2055

|  |  |
|---|---|
| | By: /s/ Shane G. Ramsey |
| KILPATRICK TOWNSEND & STOCKTON, LLP | Shane G. Ramsey (*Admitted Pro Hac Vice*) |
| 1100 Peachtree Street, Suite 2800 | Georgia Bar No. 940547 |
| Atlanta, GA 30309-4528 | |
| Telephone:  (404) 815-6500 | |
| Facsimile:  (404)-815-6555 | |
| hheindel@kilpatricktownsend.com | Attorney for Plaintiffs |