| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| REJI SAMUEL, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:13-CV-323 |
| | § | |
| SIGNAL INTERNATIONAL L.L.C., *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER DENYING THE PARTIES' OBJECTIONS TO THE MAGISTRATE JUDGE'S MEMORANDUM AND ORDER ON SIGNAL'S MOTION TO COMPEL**

Pending before the court are the parties' objections (Doc. Nos. 174, 201, Ex. A) to the magistrate judge's "Memorandum and Order on Signal's Motion to Compel and Plaintiffs' Motion for Interim Protective Order." (Doc. No. 149.) The Plaintiffs request that the court set aside the magistrate judge's order, or alternatively, that this court "clarify" the order, and find that certain portions of the Plaintiffs' visa applications be redacted. (Doc. No. 174.) Signal requests that the court modify the magistrate judge's order as to the relevant period of discovery. (Doc. No. 201, Ex. A.)

The district judge must consider timely objections to a magistrate judge's order responding to a non-dispositive motion, and modify or set aside any part of the order that is clearly erroneous or contrary to law. FED. R. CIV. P. 72. After considering Judge Hawthorn's order, the arguments of the parties, and the applicable law, the court finds that it is neither clearly erroneous nor contrary to law. Accordingly, the Plaintiffs' request to have the order set aside is denied. Furthermore, the court will not clarify or modify Judge Hawthorn's order on Signal's motion to compel. Those issues need to be first addressed to Judge Hawthorn.

Accordingly, Signal's "Objection to Magistrate Judge's Memorandum and Order" (Doc. No. 201, Ex. A), and the Plaintiffs' "Objections to Magistrate Judge's Memorandum and Order on Signal's Motion to Compel and Plaintiffs' Motion for Interim Protective Order" (Doc. No. 174) are **DENIED**.

SIGNED at Beaumont, Texas, this 13th day of February, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE