| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| REJI SAMUEL, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 1:13-CV-323 |
| SIGNAL INTERNATIONAL L.L.C., *et al.*, | § § § | |
| Defendants. | § § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters. (Doc. No. 5.) The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 220), which recommends that the court grant the Plaintiffs' "Motion for Voluntary Partial Dismissal of Certain Claims" (Doc. No. 212). No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is therefore **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 220) is **ADOPTED**; and the Plaintiffs' "Motion for Voluntary Partial Dismissal of Certain Claims" (Doc. No. 212) is **GRANTED**.

**Signed this date.**

**Mar 2, 2015**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE