| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| REJI SAMUEL, *et al.*, § § | |
| Plaintiffs, § § | |
| v. § | CIVIL ACTION NO. 1:13-CV-323 |
| § | |
| SIGNAL INTERNATIONAL L.L.C., § *et al.*, § § | |
| Defendants. § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

This case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters. (Doc. No. 5.) The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 217), which recommends that the court deny the "Motion for Partial Summary Judgment" (Doc. No. 165) filed by Signal International, Inc., Signal International, L.L.C., Signal International Texas, G.P., and Signal International Texas, L.P. (collectively, "Signal"). Signal filed timely objections (Doc. No. 222) to the report, and the Plaintiffs filed a response. (Doc. No. 226.)

Pursuant to Signal's objections, the court has conducted a de novo review of the magistrate judge's report and recommendation based on the relevant pleadings, motions, and responses. See FED. R. CIV. P. 72(b)(3). After careful consideration, the court concludes that the magistrate judge correctly determined that Signal's motion for partial summary judgment should be denied. Consequently, Signal's objections are without merit.

It is therefore **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 217) is **ADOPTED**; and that Signal's "Motion for Partial Summary Judgment" (Doc. No. 165) is **DENIED**.

SIGNED at Beaumont, Texas, this 31st day of March, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE