| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

REJI SAMUEL, *et al.*, §
§
      Plaintiffs, §
§
*versus* §   CIVIL ACTION 1:13-CV-323
§
SIGNAL INTERNATIONAL L.L.C., *et al.*, §
§
      Defendants. §

## ORDER STAYING CASE PURSUANT TO BANKRUPTCY

In light of Defendants Signal International, Inc., signal Ship Repair, LLC, Signal International, LLC, Signal International Texas GP, LLC, and Signal International Texas, L.P.'s filing a Suggestion of Bankruptcy (#234) pursuant to Chapter 11 of the U.S. Bankruptcy Code, this case is administratively closed. The filing of a bankruptcy petition operates as a stay, applicable to all entities, of—

1. the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

2. the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

3. any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

4. any act to create, perfect, or enforce any lien against property of the estate;

5. any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

6. any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

7. the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

8. the commencement or continuation of a proceeding before the United States Tax Court concerning a tax liability of a debtor that is a corporation for a taxable period the bankruptcy court may determine or concerning the tax liability of a debtor who is an individual for a taxable period ending before the date of the order for relief under this title.

11 U.S.C. § 362(a). Thus, Defendants' bankruptcy petition stays the proceedings in this case.

Accordingly, this case is STAYED pursuant to 11 U.S.C. § 362(a). It is ORDERED that the parties shall file a notice every 120 days, informing the court of the status of the bankruptcy proceedings.

IT IS FURTHER ORDERED that if any of the other parties believe that they have grounds for severance of their claims, so that the court may adjudicate their claims without delay, said party shall file a letter brief of no more than five (5) pages summarizing its position by July 31, 2015. Any opposition to the letter brief shall be no more than five (5) pages long and shall be filed within the response period as defined by Local Rule CV-7(e).

SIGNED at Beaumont, Texas, this 14th day of July, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE