# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| REJI SAMUEL, et al., <br><br> Plaintiffs, <br> v. <br> SIGNAL INTERNATIONAL L.L.C., et al, <br><br> Defendants. | CIVIL ACTION NO.: <br> 1:13-CV-00323-MAC-ZJH |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), all Plaintiffs and all Defendants who have appeared, which include Defendants Signal International, L.L.C., Signal International, Inc., Signal International Texas, G.P., Signal International Texas, L.P. ("Signal Defendants"), Malvern C. Burnett, Gulf Coast Immigration Law Center, L.L.C., Law Offices of Malvern C. Burnett, A.P.C. ("Burnett Defendants"), and Sachin Dewan, and Dewan Consultants PVT LTD (a/k/a MedTech Consultants) ("Dewan Defendants"), by and through their respective counsel of record, hereby stipulate that the above-captioned action is dismissed. Defendants Global Resources, Inc. and Michael Pol, have not made an appearance in this matter and therefore are not required to join in this joint stipulation. The dismissal shall be effective upon filing of this joint stipulation.

Respectfully submitted this 11th day of November 2024.

/s/ William E. Dorris
William E. Dorris
Georgia Bar No. 225987
Brian G. Corgan (*Pro Hac Vice*)
Georgia Bar No. 187700
Susan W. Pangborn (*Pro Hac Vice*)
Georgia Bar No. 735027,
CA Bar No. 282533
KILPATRICK TOWNSEND &
STOCKTON, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4528
Telephone: (404) 815-6500
bdorris@kilpatricktownsend.com
bcorgan@kilpatricktownsend.com
spangborn@kilpatricktownsend.com

*Counsel for Plaintiffs*

/s/ *Erin Casey Hangartner (w.e.p.)*
Erin Casey Hangartner,
La. Bar No. 24768
DEUTSCH KERRIGAN LLP
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
ehangartner@deutschkerrigan.com

*Counsel for Signal Defendants*

/s/ *Timothy W. Cerniglia (w.e.p.)*
Timothy W. Cerniglia
Texas Bar No. 00789930
LAW OFFICE OF TIMOTHY W.
    CERNIGLIA
4913 Newlands Street
Metairie, LA 70006-4047
Telephone: (504) 231-8158
tcerniglia@cerniglialaw.pro

*Counsel for Burnett Defendants*

/s/ *Stephen H. Shapiro (w.e.p.)*
Stephen H. Shapiro
Louisiana Bar No. 2107
ATTORNEY AT LAW, LLC
700 Camp Street
New Orleans, LA 70130
Telephone: (504) 309-8442
steve@shapirolaw-nola.com

*Counsel for Dewan Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of November 2024, a true and correct copy of the above document was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filings to all attorneys of record.

I FURTHER CERTIFY that U.S. Mail sent to the address of record for Global Resources, Inc. has been returned undeliverable, therefore I am unable to serve a copy of these pleadings on Global Resources, Inc. The last known address of Global Resources, Inc. is:

> Global Resources, Inc.
> c/o Michael Pol
> 13 Herring Road
> Beaumont, MS 39423-2055

Dated: November 11, 2024

| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON, LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309-4528<br>Telephone: (404) 815-6500<br>Facsimile: (404)-815-6555 | */s/ William E. Dorris*<br>William E. Dorris<br>Georgia Bar No. 225987<br>bdorris@kilpatricktownsend.com<br><br>*Attorney for Plaintiffs* |

US2008 30683783 1