| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

REJI SAMUEL, ATHA MOHAMMAD §
ABDUL, KESAVARAO §
BUNDANKAYALA, RAJU DIVAKARAN, §
BIJU PERUMPILLY GEORGE, KRISHNA §
GONTHINA, NAYAPPULLI §
JAYACHANDRAN, GALLA VENKATA §
RAMA KRISHNA, SAMUEL JOSE §
KUMRUMTHODATHIL, LOHITHAKSHAN §
MADAMPET, JOHNY MANDY §
MANTHAI, BELTHAZAR PETER, §
MOHANAN BALAKRISHNA PILLAI, §
SANTHOSH KUMAR RAJENDRAN §
PILLAI, ABY KARICKATHARA RAJU, §
SUMESH PORAMBATHUPARAM §
SUBRAMANIAN, and CHANDRAN §
SHAJU THANISSERY, §
 §
 §
          Plaintiffs, §
 §
*versus* § CIVIL ACTION NO. 1:13-CV-323
 §
SIGNAL INTERNATIONAL L.L.C., §
SIGNAL INTERNATIONAL, INC., §
SIGNAL INTERNATIONAL TEXAS, G.P., §
SIGNAL INTERNATIONAL TEXAS, L.P., §
MALVERN C. BURNETT, GULF COAST §
IMMIGRATION LAW CENTER, L.L.C., §
LAW OFFICES OF MALVERN C. §
BURNETT, A.P.C., GLOBAL §
RESOURCES, INC., MICHAEL POL, §
SACHIN DEWAN, and DEWAN §
CONSULTANTS PVT. LTD., §
 §
          Defendants. §

## ACKNOWLEDGMENT OF DISMISSAL

The parties have filed a Stipulation of Dismissal (#267) pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii).  Accordingly, the court acknowledges that this action is dismissed in

its entirety, effective the date of the parties' voluntary dismissal. Each party shall bear its own costs of court and attorneys' fees.

SIGNED at Beaumont, Texas, this 14th day of November, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE